UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AMBER CHEROKEE BRANCH,<br><br>Defendant. | No. CR-13-008-WFN-9<br><br>ORDER DENYING MOTION FOR RELEASE<br><br>☒   Motion Denied<br>     **(ECF No. 1100)** |

Defendant has moved to modify the detention order and for release into inpatient treatment. She has submitted to the court and served upon the government an assessment that recommends inpatient treatment. There appear to be inconsistencies in the assessment with what was reported by Defendant and what was contained in the Pretrial Services Report.

The undersigned is unable to conclude that inpatient treatment will be workable unless the facility is a lock-down facility and there is a plan for agents from the treatment facility or other responsible adults to transport Defendant directly to the facility from jail. Accordingly, the Motion, **ECF No. 1100,** is **DENIED.**

If the Defendant seeks review of this Order pursuant to 18 U.S.C. § 3145(b), attorney for Defendant shall file a written motion for revocation or amendment of this Order within ten (10) days before the district judge to whom this case is assigned and note it for hearing at the earliest possible date. Both parties are

ORDER GRANTING MOTION AND SETTING CONDITIONS OF RELEASE - 1

1  responsible to ensure the motion is determined promptly.
2  **IT IS SO ORDERED.**
3  DATED July 11, 2013.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE